CONSUMERS ENERGY COMPANY V ACEY, No. 137425. In lieu of granting leave to appeal, we reverse the Court of Appeals judgment to the extent that it reversed the trial court's order limiting the easement to a "66-foot working strip." Although the majority of the written easements at issue in this case does not include the limitation, the plaintiff voluntarily and expressly agreed on the record to the imposition of this limitation. See *Dana Corp v Employment Security Comm*, 371 Mich 107, 110 (1963); *Bowman v Coleman*, 356 Mich 390, 392-393 (1959). Court of Appeals No. 277039.

*Reconsideration Granted May 1, 2009:*

DAVIS V FOREST RIVER, INC, No. 136114. The motions for reconsideration of this Court's December 19, 2008, order are granted. We vacate our order dated December 19, 2008. On reconsideration, the application for leave to appeal the February 21, 2008, judgment of the Court of Appeals is again considered, and it is granted. The parties shall address: (1) whether the Uniform Commercial Code (UCC), MCL 440.1101 *et seq.*, applies to the purchase contract between the plaintiff and the dealer, Kitsmiller RV; (2) if the UCC applies, whether the UCC provides the plaintiff's exclusive remedy for revoking acceptance of the purchase contract, MCL 440.2608; (3) whether the UCC requires privity to revoke acceptance of the purchase contract; (4) whether third-party beneficiary status under the warranty confers on the plaintiff any rights independent of the warranty; (5) whether the economic loss doctrine and the UCC, MCL 440.1101 *et seq.*, apply to the plaintiff consumer's claims for breach of warranty; and (6) if the plaintiff's consumer complaints are not governed by the UCC, what is the nature and source of any non-UCC remedy.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae. Summary disposition entered at 482 Mich 1123. Court of Appeals No. 270478.